UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MONIQUE SMITH | ) | |

ORDER

Pending before the Court is Monique Smith's Motion To Dismiss Indictment And Memorandum Of Law In Support Thereof (Docket No. 585), and the Government's Response (Docket No. 586) thereto. The arguments raised in the Motion have already been addressed and rejected by the Court in an Order (Docket No. 534) entered on July 19, 2012. Accordingly, the Motion is DENIED.

The Government requests that the Court enter an order limiting the rights of the Defendant to file motions in this case. The Court declines to do so at this time. However, the Government is not required to respond to any future pro se motions filed by the Defendant as he is represented by counsel.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　Todd Campbell
　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE