UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MONIQUE SMITH | ) | |

## ORDER

Pending before the Court is a Motion to Suppress Statement (Docket No. 737) and the Government's Response (Docket No. 799).

The Court held a hearing on the Motion on October 4, 2012. For the reasons stated from the bench, the Motion is DENIED.

IT IS SO ORDERED.

Todd Campbell
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE