UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| MONIQUE SMITH | ) | |

## ORDER

Due to a criminal trial, the hearing scheduled for February 8, 2013, is RESCHEDULED for February 14, 2013, at 9:00 a.m.

All previously set deadlines remain unchanged.

IT IS SO ORDERED.

*(signature)*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE